**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

HENRY JONES                                                                                    PLAINTIFF
ADC #150573

V.                                      NO: 4:15CV00111 JM/JWC

THOMAS JUMPER                                                                            DEFENDANT

## ORDER

On June 26, 2015, mail sent to Plaintiff at his address of record was returned as undeliverable, with a notation indicating that he has been paroled (docket entry #9). Accordingly, Plaintiff is directed to provide, no later than 30 days after this order's entry date, his current mailing address. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this 29th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE