## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

HENRY JONES                                                                    PLAINTIFF
ADC #150573

V.                          NO: 4:15CV00111 JM

THOMAS JUMPER                                             DEFENDANT

### **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED 26th day of August, 2015.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE